

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-10-034-CV

REGINALD TIDWELL                                                              APPELLANT

V.

XERXES CAMA                                                                   APPELLEE

----------

### FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On May 7, 2010, we notified appellant that his brief had not been filed as required by rule 38.6(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a motion reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 42.3. We have not received any

---

[1]*See* Tex. R. App. P. 47.4.

response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:   DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:   May 27, 2010